LEGGETT, The ABRAHAM. See Case No. 4,450.

LEGINGER v. The WELLINGTON. See Case No. 17,384.

## Case No. 8,212.

LEGIONARY PAYMASTER v. SPALDING.

[1 Cranch, C. C. 387.] [1]

Circuit Court, District of Columbia. Dec. Term, 1806.

OFFICIAL BOND — COLLECTOR OF MILITIA FINES— WHAT NOTICE AGAINST SURETY.

Judgment upon ten days' notice, cannot be rendered upon the bond given by the collector of militia fines.

[This was an action at law by the Legionary Paymaster against Enoch Spalding, collector of militia fines.]

Motion on ten days' notice, to recover the amount of militia fines, under the 22d section of the act of March 3d, 1803 [2 Stat. 222]. The notice was a motion for judgment against him and his sureties, on his collector's bond. Refused.